

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-16-00365-CV

**CLYDE F. HILL,**

**Appellant**

 **v.**

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LLC,**

**Appellees**

---

### From the County Court at Law No. 1
### McLennan County, Texas
### Trial Court No. 20160637CV1

---

## ORDER GRANTING REHEARING

---

We dismissed this appeal for failure to pay the filing fees. *See Hill v. JP Morgan Chase Bank, N.A.*, No. 10-16-00365-CV, 2016 Tex. App. LEXIS 12945 (Tex. App.—Waco Dec. 7, 2016, no pet. h.). Appellant paid the fees and filed a motion for rehearing. We

requested a response to the motion for rehearing from appellees but no response has been filed.

We grant appellant's motion for rehearing and withdraw the opinion and judgment dated December 7, 2016.

The reporter's record has not been filed. Appellant's counsel should take appropriate steps to bring this ruling to the attention of the reporter so that the record will be filed without further delay.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; opinion and judgment withdrawn
Order issued and filed January 25, 2017

